# United States District Court
# For The Western District of North Carolina
# Statesville Division

LOUISA C. CURTIS,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:05CV260

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2006, Order.

Signed: August 4, 2006

Frank G. Johns, Clerk
United States District Court